UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GALBRAITH & PAUL, INC., :
       Plaintiff, : **Civil Action No.**
: 1:16-cv-08218-PAE
v. :
:
FABRICUT, INC., and JOHN DOE :
ENTITIES 1 THROUGH 10, :
       Defendants. : (JURY DEMANDED)
---------------------------------------------------------------X

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, GALBRAITH & PAUL, INC., pursuant to an agreement between the parties, hereby voluntarily dismisses the above captioned action with prejudice against all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

          GOTTLIEB, RACKMAN & REISMAN, P.C.
          Attorneys for Plaintiff
          270 Madison Avenue, 8th Floor
          New York, New York 10016-0601
          (212) 684-3900

      By:      /Michael Nesheiwat/_____
            Michael Nesheiwat (MN 0453)

Dated: New York, New York
December 30, 2016